Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, | ) | CASE: 6:12-CR-0003-MJS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO VACATE |
| vs. | ) | TRIAL DATE AND SET FOR |
| | ) | PLEA AND SENTENCE; AND. |
| GRAHAM HUNT, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | Court: U.S. District Court - Yosemite |
| | ) | Judge: Honorable Michael J. Seng |
| | ) | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent,  the acting legal

officer for the National Park Service, Defendant, Graham Hunt, and his attorney of record, Chris

Curtis, that the Bench Trial in the above-captioned matter currently scheduled for August 1, 2012

be vacated, and the matter be set for Plea and Sentence on August 2, 2012, at 1:30 p.m.


Dated: July 30, 2012                    /s/ Susan St. Vincent_____
                                        Susan St. Vincent
                                        Acting Legal Officer for
                                        National Park Service


Dated: July 30, 2012                    /s/ Chris Curtis_____
                                        Chris Curtis
                                        Attorney for
                                        Thomas E. Adamson

* * * ORDER * * *

The Court, having reviewed the above request to vacate the Trial Date, now set for August 1, 2012, and for entry of plea and sentencing in August 2, 2012, at 1:30 p.m., HEREBY ORDERS AS FOLLOWS:

1.    The Trial set for August 1, 2012, is vacated.

2.    The above-captioned matter is now set for entry of plea and sentencing on August 2, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated:    July 30, 2012          /s/ Michael J. Song
                    UNITED STATES MAGISTRATE JUDGE